THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BENITEZ, Appellant. [644 NYS2d 979]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

We further conclude that the defendant has failed to raise any nonfrivolous issues in his supplemental *pro se* brief. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.